IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CORIE ANN MAYS,

        Plaintiff,

v.                           CIVIL ACTION NO. 2:17-cv-02084

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

MEMORANDUM OPINION AND ORDER

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On August 29, 2018, Judge Tinsley submitted his Proposed Findings of Fact and Recommendation [ECF No. 12] ("PF&R"), recommending the court deny the Plaintiff's Brief in Support of Motion for Judgment on the Pleadings [ECF No. 9] to the extent Plaintiff seeks remand pursuant to sentence four of 42 U.S.C. § 405(g), grant the Defendant's Brief in Support of Defendant's Decision [ECF No. 10], affirm the final decision of the Commissioner, and dismiss this matter from the docket. No objections to Judge Tinsley's PF&R have been filed.

Accordingly, the court **ADOPTS** and **INCORPORATES** herein the PF&R. For the reasons stated, the court **DENIES** the Plaintiff's Brief in Support of Motion for

Judgment on the Pleadings [ECF No. 9] to the extent Plaintiff seeks remand pursuant to sentence four of 42 U.S.C. § 405(g), **GRANTS** the Defendant's Brief in Support of Defendant's Decision [ECF No. 10], **AFFIRMS** the final decision of the Commissioner and **REMOVES** this matter from the docket.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record, any unrepresented party, and the Magistrate Judge.

ENTER: September 18, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE